# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **ALLSTATE TEXAS LLOYDS** | § | |
| | § | |
| **V.** | § | NO. 1:08-CV-56 |
| | § | |
| **TARIQ SHAH** | § | |

## ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to an order of reference entered on January 28, 2008. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant plaintiff's motion for default judgment, and render a default judgment appointing the Hon. Don Burgess as umpire, and directing him to proceed in accordance with terms of the applicable Texas Homeowner's Insurance Policy. No objections have been filed.

The magistrate judge's report is hereby **ADOPTED**. It is further

**ORDERED** that "Plaintiff Allstate Texas Lloyd's Request for Entry of Default and Motion for Default Judgment and Memorandum in Support Thereof" (Docket No. 8) is **GRANTED**. A default judgment appointing the Hon. Don Burgess will be filed separately. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this **16** day of **April, 2009.**

_____
Ron Clark, United States District Judge